**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10442 |
| Plaintiff - Appellee, | D.C. No. 4:12-cr-02134-RCC |
| v. | |
| JAIME GARCIA-ONTIVEROS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Timothy M. Burgess, District Judge, Presiding[**]

Submitted June 12, 2014[***]

Before: McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

Jaime Garcia-Ontiveros appeals from the district court's judgment and

challenges his guilty-plea conviction and 60-month sentence for conspiracy to

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The Honorable Timothy M. Burgess, United States District Judge for the District of Alaska, sitting by deisgnation.

[***] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

possess with intent to distribute marijuana, in violation of 21 U.S.C. § 846.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Garcia-Ontiveros's counsel

has filed a brief stating that there are no grounds for relief, along with a motion to

withdraw as counsel of record. We have provided Garcia-Ontiveros the

opportunity to file a pro se supplemental brief. No pro se supplemental brief or

answering brief has been filed.

Garcia-Ontiveros has waived his right to appeal his conviction and sentence.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80

(1988), discloses no arguable issue as to the validity of the waiver. *See United*

*States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss

the appeal. *See id*. at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**